William E. MICHEL,
Petitioner/Respondent,

v.

Yvonne K. BILYK, f/n/a Michel,
Respondent/Appellant.

No. 65932.

Missouri Court of Appeals,
Eastern District,
Division One.

March 7, 1995.

Alfred A. Speer, II, Clayton, for appellant.

David L. Baylard, Daniel J. Briegel, Briegel, Baylard, P.C., Union, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Mother appeals the trial court's modification of the custody provisions of an October 5, 1990 dissolution decree. We affirm. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the

reasons for this order affirming the judgment pursuant to Rule 84.16(b).